```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                    CASE NO. 07 B 12640
    EBONY SHAH
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
        Debtor
    SSN XXX-XX-3095
```

--------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------

The case was filed on 07/16/2007 and was confirmed 08/30/2007.

The plan was confirmed to pay secured creditors 100% and unsecured creditors 10.00%.

The case was dismissed after confirmation 02/12/2009.

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICREDIT FINANCIAL SV | SECURED VEHIC | 13069.78 | 1599.47 | 1430.45 |
| AMERICREDIT FINANCIAL SV | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 4681.44 | .00 | .00 |
| AMERICREDIT FINANCIAL SE | UNSECURED | NOT FILED | .00 | .00 |
| AT & T BANKRUPCTY | UNSECURED | NOT FILED | .00 | .00 |
| CAVALRY PORTFOLIO SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| AT&T | NOTICE ONLY | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 3766.48 | .00 | .00 |
| CFC FINANCIAL/COLLECTION | NOTICE ONLY | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | .00 | .00 | .00 |
| CITIBANK | UNSECURED | .00 | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | 7620.00 | .00 | .00 |
| DEBT RECOVERY SOLUTION | UNSECURED | 352.10 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 208.47 | .00 | .00 |
| PREMIER BANKCARD | UNSECURED | 344.05 | .00 | .00 |
| FIRST STAR PROPERTIES | UNSECURED | NOT FILED | .00 | .00 |
| IDES | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS COLLECTION SERV | NOTICE ONLY | NOT FILED | .00 | .00 |
| IMAGINE | UNSECURED | NOT FILED | .00 | .00 |
| EMERGE MASTERCARD | UNSECURED | 509.90 | .00 | .00 |
| PELLETTIERI & ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| PELLETTIERI & ASSOC | NOTICE ONLY | NOT FILED | .00 | .00 |
| ASSOCS FOR WOMENS HEALTH | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 3693.27 | .00 | .00 |
| ISAC | UNSECURED | .00 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 1852.96 | .00 | .00 |
| AMERICREDIT FINANCIAL SV | NOTICE ONLY | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 739.73 | .00 | .00 |
| THOMAS W DREXLER | DEBTOR ATTY | 3,184.00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | 250.08 |
| DEBTOR REFUND | REFUND | | | .00 |

PAGE  1 - CONTINUED ON NEXT PAGE
    CASE NO. 07 B 12640 EBONY SHAH

Summary of Receipts and Disbursements:

| | RECEIPTS | DISBURSEMENTS |
|---|---:|---:|
| TRUSTEE | 3,280.00 | |
| PRIORITY | | .00 |
| SECURED | | 1,430.45 |
| INTEREST | | 1,599.47 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | .00 |
| TRUSTEE COMPENSATION | | 250.08 |
| DEBTOR REFUND | | .00 |
| TOTALS | 3,280.00 | 3,280.00 |

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/05/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE